Daniel L. Barton, Esq. (SBN: 135806)
Nolan Barton & Olmos, LLP
600 University Avenue
Palo Alto, CA 94301
Tel: (650) 326-2980
Fax: (650) 326-9704
dbarton@nbo.law

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GARY BISHOFF,<br><br>Defendant. | Case No. 22-MJ-249<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Daniel L. Barton, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Nolan Barton & Olmos, LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: California State Bar No. 135806

-1-
**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; CASE NO. 22-MJ-249**

1  8.  Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and
2  advocate pro hac vice in case 22-MJ-249 for defendant, David Gary Bishoff.

Respectfully submitted,

Dated: March 30, 2022

Daniel L. Barton

Nolan Barton & Olmos, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980
dbarton@nbo.law

NOTARIZED

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SANTA CLARA
Subscribed and sworn to (or affirmed) before me on this 30th day of MARCH, 2022, by DANIEL L. BARTON proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

CATHY M. WONG
COMM. #2241814
Notary Public - California
Santa Clara County
My Comm. Expires June 4, 2022

-2-
**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; CASE NO. 22-MJ-249**